UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re LOUIS PAUL SOTA,

Case No. 14-cv-04757-YGR (PR)

**ORDER OF DISMISSAL**

This action was opened when the Court received from Plaintiff a letter addressed to Chief District Judge Claudia Wilken complaining about the conditions of confinement in the prison at which he is currently housed, i.e., Pleasant Valley State Prison in Coalinga, California. In turn, the Clerk of the Court opened a case file, and sent a notice to Plaintiff advising him that he had not filed a complaint, and cautioned that the action would be dismissed if he did not submit a complaint within twenty-eight days. The Clerk separately sent out a notice that this action was deficient due to the failure to pay the filing fee or furnish a completed and signed Court-approved in forma pauperis application, and cautioned that the action would be dismissed if he did not pay the fee or file the application materials within twenty-eight days.

In response, Plaintiff sent a letter stating that he did not intend to commence a new action, but that he only intended to inform Judge Wilken of his concerns. Dkt. 5.

In light of Plaintiff's explanation that the letter he sent to Judge Wilken was not intended to commence a new action, this action is DISMISSED because it was opened in error. The Clerk is directed to send an electronic copy of the original letter (Dkt. 1) and this Order to Judge Wilken's courtroom deputy. No filing fee is due. The Clerk shall close the file.

IT IS SO ORDERED.

Dated: November 17, 2014

_____
YVONNE GONZALEZ ROGERS
United States District Judge